UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL WHITE,<br><br>   Plaintiff,<br><br>   v.<br><br>LASD, et al.,<br><br>   Defendants. | No. 2:18-cv-01848-DSF (JDE)<br><br>ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Fourth Amended Complaint (Dkt. 51) filed by Plaintiff Michael White, the Motion for Summary Judgment (Dkt. 60, "Motion") and supporting materials filed by the named defendants, and the Amended Report and Recommendation of the Magistrate Judge (Dkt. 65, "Report"). No party filed any timely objection to the Report. The Report is approved and accepted.

  Therefore, IT IS HEREBY ORDERED that:

  1. The Motion (Dkt. 60) is GRANTED and all claims asserted in the FAC against all defendants are dismissed with prejudice; and

/ / /

2. Judgment shall be entered dismissing this action accordingly.

IT IS SO ORDERED.

DATED: March 15, 2021

                                                *Dale S. Fischer*
                                        Honorable Dale S. Fischer
                                        UNITED STATES DISTRICT JUDGE