JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL WHITE, | No. 2:18-cv-01848-DSF (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| LASD, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Amended Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff shall take nothing and this action is dismissed with prejudice

IT IS SO ORDERED.

DATED: March 15, 2021

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE